Upon our examination of the record to determine whether such a certificate should be issued and the appeal allowed, we find that the contentions made are without merit. We, therefore, decline to issue a certificate of probable cause, and accordingly dismiss the appeal.

Dismissed.

Morton K. Rothschild, Sp. Asst. to Atty. Gen. (H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack and Robert N. Anderson, Sp. Assts. to Atty. Gen., on the brief), for respondent.

Before CLARK, Chief Judge, and FRANK and HARLAN, Circuit Judges.

PER CURIAM.

Affirmed on the decision of Judge Raum, 19 T. C. 246.

Samuel CUMMINS, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 81, Docket 22770.

United States Court of Appeals, Second Circuit.

Argued Nov. 10, 1954.

Decided Nov. 26, 1954.

Henry Pearlman, New York City, for petitioner.

James P. MITCHELL, Secretary of Labor, Plaintiff-Appellee,

v.

EDWARD S. WAGNER CO., Inc., Defendant-Appellant.

No. 34, Docket 23063.

United States Court of Appeals, Second Circuit.

Argued Nov. 10, 1954.

Decided Nov. 26, 1954.